IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Arthur Gary Bryer | : | CIVIL ACTION |
| v. | : | |
| Metropolitan Life Insurance Company | : | NO. 09-1869 |

ORDER

AND NOW, this 3rd day of May 2010, upon consideration of the pending motions and the responses thereto, IT IS ORDERED:

1. That the plaintiff's Motion to Amend the Complaint (Document No. 15) is DENIED.

2. That the defendant's Motion to Dismiss (Document No. 7), converted into a Motion for Summary Judgment, is GRANTED.

3. That the plaintiff's Motion to Compel (Document No. 18) and Motion to Strike (Document No. 22) are DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.